## ARUNDALE ET AL *vs.* MOORE.

[APPEAL FROM JUSTICE OF THE PEACE.]

THIS was an appeal from the Circuit Court of Jackson county.

WALKER & BRICKELL, for appellants.

JUDGE, J.—The record shows this suit originated before a justice of the peace, and that it was removed to the circuit court by appeal. The circuit court rendered a judgment final by default, against the defendant, for an amount exceeding twenty dollars, without a statement, or any other pleading, disclosing the plaintiff's cause of action. This was error, for which the judgment must be reversed and the cause remanded.—(Revised Code, 2773 ; Reaves' Digest, § 46, p. 67-§ 48, p. 67.